**Order entered February 12, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01209-CV

**E.F. JOHNSON COMPANY, Appellant**

**V.**

**INFINITY GLOBAL TECHNOLOGY F/K/A INFINITY GEAR AND TECHNOLOGY, LLC, ET AL., Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-14303-D**

## ORDER

Before the Court is the parties' February 10, 2015, joint motion to extend briefing schedule. We **GRANT** the motion and **ORDER** the parties to file their response briefs no later than March 20, 2015.

/s/     CRAIG STODDART
         JUSTICE